UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80046-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

JOSEPH MUNGER,

           Defendant.  /



## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on April 13, 2011, for a final hearing on alleged violations of supervised release. The defendant is charged with violation of his supervised release:

2. Violation of Special Condition, by failing to participate in the Residential Reentry Center.

On or about February 21, 2011, the defendant was unsuccessfully discharged from the Residential Reentry Center for unauthorized absence from the center for more than six (6) hours.

3. Violation of Special Condition, by failing to participate in an approved treatment program.

On February 21, 2011, the defendant failed to attend his scheduled appointment with Compass Health Systems, Inc., Therapist, Brian Manganaro, and to date, has not satisfactorily participated in treatment as directed by the Court and monitored by the U.S. Probation Officer.

4. Violation of Standard Condition, by failing to report to the Probation Officer as directed.

On February 23, 2011, during a telephone contact, the defendant was instructed to report to the U.S. Probation Officer on February 24, 2011, and he failed to comply.

5. Violation of Standard Condition, by failing to notify the probation office of any change in residence.

On or about February 21, 2011, the defendant was unsuccessfully discharged from his approved residence of Dismas Charities, Inc., located at 141 N.W. 1st Avenue, Dania Beach, Florida 33004, and his whereabouts is unknown.

The defendant consulted with counsel and will admit with an explanation before the District Court to violating conditions 2, 3, 4 and 5 of his supervised release. The Government agrees to dismiss violation 1. Based upon this finding, this Court recommends to the District Court that JOSEPH MUNGER be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B) and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within fourteen (14) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 13th day of April, 2011.

                                          **LINNEA R. JOHNSON**
                                          **UNITED STATES MAGISTRATE JUDGE**

c:    The Honorable Daniel T.K. Hurley
       Emalyn Webber, AUSA
       Peter Birch, AFPD
       Gidget Mitchell, USPO