UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  05-80046-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOSEPH MUNGER,
    Defendant.

------------------------------------------------/

ORDER ADOPTING REPORT AND
RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation

Office that the above named defendant violated the conditions of supervision and upon the Report

and Recommendations of a United States Magistrate Judge, [DE 45].  Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1.  The Magistrate Judge's Report and Recommendations are **adopted**.

2.  A sentencing hearing will be conducted on **Thursday, April 21, 2011,** at **9:20 a.m.** in

Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 14th day of

April, 2011.

**copy furnished:**
AUSA Emalyn H. Webber
AFPD Peter V. Birch
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge